# DAVIDSON, MEAUX, SONNIER, McELLIGOTT, FONTENOT, GIDEON & EDWARDS

JAMES J. DAVIDSON, JR.
(1904-1990)
RICHARD C. MEAUX, SR.
(1921-2008)
JAMES J. DAVIDSON, III
V. FARLEY SONNIER
(1942-1987)
JOHN E. MCELLIGOTT, JR.†
PHILIP A. FONTENOT†
KYLE L. GIDEON†
THEODORE G. EDWARDS, IV†
CHRISTOPHER J. PIASECKI†
KEVIN M. DILLS†
ROBERT D. FELDER†
JAMI LACOUR ISHEE†*

———————

ELISE I. DIEBOLD
PARKER M. HARRELL

†A professional Law Corporation
*Also Licensed in Texas

A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW

MAILING ADDRESS:
P.O. BOX 2908
LAFAYETTE, LA 70502-2908

PHYSICAL ADDRESS:
900 SOUTH COLLEGE ROAD, STE 100 (70503)

TELEPHONE: (337) 237-1660
Fax: (337) 237-3676

www.davidsonmeaux.com

OF COUNSEL
ROBERT R. MCBRIDE, Ret.
ARTHUR D. MOUTON
(1945 – 2024)

**WRITER'S EMAIL ADDRESS:**

Partner | Attorney
pfontenot@davidsonmeaux.com

Partner | Attorney
jishee@davidsonmeaux.com

Paralegal
choffpauir@davidsonmeaux.com

September 9, 2025

United States District Clerk's Office
Western District of Louisiana
Lake Charles Division
611 Broad Street
Lake Charles, LA  70601

      Re    <u>Teena Bell v Penn Entertainment, Inc.</u>
           Docket No. 2:24-CV-00026

Dear Sir/Madam:

Please be advised that this case has settled.  A Dismissal will be filed in this matter once all of the settlement documents have been properly executed.

With kindest regards, I remain,

**DAVIDSON, MEAUX, SONNIER, McELLIGOTT, FONTENOT, GIDEON & EDWARDS**

*/s/ Philip Fontenot*

PHILIP A. FONTENOT
PAF/cmh