UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**TEENA BELL**　　　　　　　　　　　　　　**CASE NO. 2:24-CV-00026**

**VERSUS**　　　　　　　　　　　　　　　　**JUDGE JAMES D. CAIN, JR.**

**P N K LAKE CHARLES L L C**　　　　　　**MAGISTRATE JUDGE LEBLANC**

## 60 DAY JUDGMENT OF DISMISSAL

Having been advised by the parties that this matter has settled,

**IT IS ORDERED, ADJUDGED AND DECREED** that this action is hereby dismissed without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated. Accordingly, the trial set for October 20, 2025, the October 2, 2025 pretrial conference, and all associated deadlines and hearings are hereby **TERMINATED**.

**IT IS FURTHER ORDERED** that the parties be directed to file an appropriate judgment of dismissal as soon as the settlement documents are executed. If no motion is filed to reopen, the case is officially closed, and the Clerk of Court shall be relieved from the responsibility of sending out further notice in this matter.

**THUS DONE AND SIGNED** in Chambers this 9th day of September, 2025.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**