UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **TEENA BELL** | * | **CIVIL ACTION NUMBER: 2:24-CV-00026** |
| **VERSUS** | * | **JUDGE JAMES D. CAIN JR.** |
| **PNK (LAKE CHARLES), LLC** | * | **MAGISTRATE THOMAS P. LEBLANC** |

*************************************************************************

## ORDER

Considering the foregoing Motion to Dismiss;

IT IS ORDERED that this action be dismissed with prejudice with defendant to pay all court costs.

THUS DONE AND SIGNED in Chambers this 3rd day of November, 2025.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE